1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

JOSEPH ZARAGOZA,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

No. 2:13-cv-3052-JTR

JUDGMENT

**DECISION BY THE COURT:**

    This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Defendant's Motion for Summary Judgment is **GRANTED.**  Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

    DATED:  July 7, 2014

                          SEAN McAVOY
                          District Court Executive/Clerk

                          s/ L. Stejskal
                          Deputy Clerk